IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICHARD AIKEN, | § | |
| | § | No. 114, 2020 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below – Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1507021054A (S) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: November 4, 2020
Decided: November 18, 2020

Before **VALIHURA**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

## **O R D E R**

On this 18th day of November, 2020, the Court, having considered this matter on the briefs filed by the parties and the record on appeal, has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its February 19, 2020 opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice